**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00293-CV**
_____

**STEPHANIE A. DIETZ, Appellant**

**V.**

**LAURIE LEISTER, ET AL, Appellees**

_____

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-210,129**

_____

**MEMORANDUM OPINION**

Stephanie A. Dietz filed a notice of direct appeal to the Texas Supreme Court. Because the notice of appeal stated that it was a direct appeal to the Texas Supreme Court, we notified the parties that we would dismiss the appeal unless Dietz filed a response establishing our jurisdiction over this appeal. Dietz did not respond to the Court's notice. The appellant has not invoked this Court's appellate jurisdiction. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3; 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 19, 2022
Opinion Delivered October 20, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.